

# Colorado Springs, Colorado
## (719)325-6878

April 2, 2007

Honorable Judge Trauger
United States District Judge
The Middle Distract of Tennessee
810 Broadway
Nashville, Tennessee. 37203

Re: Case Number 3:06-00168

Dear Judge Trauger:

    We the Community are writing you in regards to Marino Scott, whom is scheduled to stand before you on May 8, 2007 to be sentenced.

    We understand that Mr.scott has broken the law and for it, adonishment should'nt be over looked.

    Mr. Marino has a positive side to him that shouldn't go un-reconized. He is very adamint about helping people in the community. We plead for the court to give leniency at his sentencing.

    If any alternitive sentincing is an option, please exercise your control in seeing that his stay from his family and the community is kept at a minimal.

    In closing, we the community ask that you take this letter into consideration.

    We thank you for you time and may God Bless you and yours.

Sincerely,
The Community of Colorado Springs Co.

1. REV PROMISE LEE
2. Rev James Johnson
3. JR
4. Bill WEATHER
5. Sam Drein
6. ORT Williams
7. Kim Guaus
8. Kim Guaus
9. JAMIE HALL
10. Tammie Richardson
11. Andre Hunter, II
12. Eric Jones
13. Eric Jenkings
14. Dawon Smith
15. Sanaia Smith
16. Tammie Smith
17. Jennifer Williams
18. K'la Jones
19.
20. Sony Knight
21. LOVELY JONES
22.
23. BROTHER ASTON
24. Sherry Outler
25. Rio Marion

John Marion
MARION Scott
DAVID OWEN
Gene Jones

Mike Bartley
Kim Ray
Tim Scott
Roy Allan
Sarah rain
Derrik Jones
Jay Hendrix
Jamal VanderPool
Cinda Roberts

| Printed Name | Signature |
| --- | --- |
| WANDA POTTS | Wanda Potts |
| Doug SETTLES | Doug Settles |
| STEVE WEAVER | Steve Weaver |
| JAMES JOHNSON | James Johnson |
| MIKE SADDLERY | Mike Saddlery |
| ANN COX | Ann Cox |
| ROBERT McGEE | Robert McGee |
| YEVET ANDERSON | Yevet Anderson |
| SIDNEY RICHARDSON | Sidney Richardson |
| HOWARD WARREN | Howard Warren |
| Charles Hatcher | Charles Hatcher |
| Kim Crippen | Kim Crippen |
| CARLOS Cully | Carlos Cully |
| Maurio Simms | Maurio Simms |
| CHRIS BROWN | Chris Brown |
| Kevin LYONS | Kevin Lyons |
| Debra Pride | Debra Pride |
| Amy Stott | Amy Stott |
| David Steward | David Steward |
| Regina West | Regina West |
| Jean Hinchee | Jean Hinchee |

| Printed Name | Signature |
|---|---|
| John Curtis | John Curtis |
| Andrew Borrows | Andre Barrows |
| WILLIAM Long | William Long |
| DENISE KING | Denise King |
| GENA WEST | Gina West |
| SHORAN HILDRETH | Sharon Hildreth |
| Betty Hill | Betty Hill |
| BROYN Hill | Broyn Hill |
| CONNIE WALKER | Connie Walker |
| ODELL Walker | Odell Walker |
| Fred Richardson | Fred Richardson |
| Howard Warren | Howard Warren |
| Rosco Knight | Rosco Knight |
| Willie Knight | Willie Knight |
| Kem Smith | Kem Smith |
| Bobby Spence | Bobby Spence |
| Elizabeth Newson | Elizabeth Newson |
| Lisa LaCour | Lisa LaCour |
| Sonya Garvin | Sonya Garvin |
| KEREN BASS | Keren Bass |
| BRADLEY BARENS | Bradley Barens |
| CHARLES CERNY | Charles Cerny |
| Kelly Leetch | Kelly Leetch |

Relevant Word Ministries
Community of Colo, Springs
1116 Bennette Ave.
Colo Springs Colo 80916

**RETURN RECEIPT
REQUESTED**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**™

7006 3450 0001 8859 1555



U.S. POSTAGE
PAID
COLORADO SPRING.C
80909
RADPR 33
APR 07
**$8.30**
0096613-06
AMOUNT

APR 3 2007

UNITED STATES
POSTAL SERVICE

0000

The Honorable Judge Trauger
United States Federal District
Court Judge
801 Broadway
Nashville TN, 37203