IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:06-00168-01 |
| | ) | Judge Trauger |
| MARINO BERNARD SCOTT | ) | |

POSITION OF THE GOVERNMENT WITH
REGARDS TO THE PRESENTENCE INVESTIGATION REPORT

     The United States of America (the Government), by and through its undersigned attorney, hereby states that it has no additions, corrections, or objections to the Presentence Investigation Report prepared in this case.

                                          Respectfully submitted,

                                          CRAIG S. MORFORD
                                          United States Attorney

                                         By: s/Harold B. McDonough
                                            HAROLD B. MCDONOUGH
                                            Assistant U. S. Attorney
                                            110 9th Avenue South
                                            Suite A-961
                                            Nashville, Tennessee 37203-3870
                                            Telephone: (615) 736-5151
                                                  FAX: (615) 736-5323

CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing Position of the Government with Regards to the Presentence Investigation Report was sent, if registered , via the Court's electronic filing system or, if not registered, sent via telefax and deposited in the United States mail, postage prepaid, this 16th day of April, 2007 upon:

>Dwight E. Scott, Esquire
>4024 Colorado Avenue
>Nashville, TN 37209

>and

Via the Court's internal delivery system upon:

>Jill Moore
>U. S. Probation Officer
>110 9th Avenue, S, Suite A725
>Nashville, Tennessee 37203

>s/Harold B. McDonough
>HAROLD B. MCDONOUGH
>Assistant United States Attorney