APR 1 9 2007

April 15th 2007

To The Honorable Judge Tauger

My name is Stacy L. Scott.
I'm writing this letter in regards to my husband Marino B. Scott, case number 3:06-00168.
I am aware that Marino Scott will stand before you on May 08, 2007 to be sentenced.
I am also aware Marino Scott took responsibility for the part he played in the crime in which he will be sentenced, and must be punished for it.
I am asking the courts before sentencing to take into consideration the role Marino played in my life as well as our children's lives.
Marino is a very good father and husband, and sense reuniting with myself and our children, his role as our soul caregiver and provider has greatened 100%.
Sense he's been away our children has had some behavior problems and that has been a very big burden on myself.
With Marino being gone I am left to be the soul caregiver and provider.
However in February 2007 I was diagnosed as a boarder line type 2 diabetic, with me being sick it is going to be even a bigger burden on me.
With all this in mine I'm asking the courts to consider the less time possible, and or a community placement so that Marino can help me provide for our children as well as maintain or home.

                              Thank you for your time and consideration
                              Resepectfully yours
                              Mrs. Stacy L. Scott

Stacy Scott
722 Bryce Dr.
Colo Springs Colo
80910

Judge TRAugeR
UNiTED STATES DISTRICT
COURT Judge
801 BRoadway
NAshville TN.



COLORADO SPRINGS
CO 809 11
16 APR 2007 PM