APR 2 3 2007

April 18, 2007

Mr. Marino B. Scott
920 Kentucky St.
Bowling Green, Ky. 42101

Honorable Judge Aleta A. Trauger
United States District Court
801 Broadway
Nashville TN. 37203

Criminal No. 3:06-00168

Dear Your Honor,

    I am writing you in regards to my sentencing on May 8, 2007. Your Honor, I am fully aware of the Power that you have in your court room. Just as I am aware of the senseless crime that I committed.

    I'm not writing you to ask for leniency on my behalf, because I know better. I should receive what ever time the court see appropriate.

    Your Honor, before knowledge, wisdom, and understanding of life had reached me. I was force to live a life of crime. I lived in a house hold that didn't keep electricity or food in the refrigerator. The next door neighbors ran electrical cords from thier homes to ours so we could keep warm in the winter. So my life of crime seemed necessary and it became habit even after things got better in the house hold.

    I was pushed through school just because I was a respectful student and child. Growing up I always wanted to change, but didn't know where to start. Due to peer-pressure and lack of education. By not knowing how to read or write caused me problems. After years of pain and run-in with the Law I turned to a Higher Power and started Praying. I decided to focus in on the root of my problems

which was for one my lack of education.

It took me three years to attain my G.E.D. At the age of 30 I finally recieved it. I went on to try to farther my education, So I enrolled in a Community College. A few mouths after I found out that Financial Aide wasn't going to cover it because of my criminal history, I was forced to stop.

Shortly after I fell weak to peer-pressure and Drugs, and once again I put my freedom, my goals and my life on the line.

Your Honor, I want to change and I want to see my goals from a childhood come true. I would like to help children that are forced into the life I had to live. In order to help them or get through to them we must get through to the parents that's on Drugs. Today I can truly say that I'm no longer forced into that life style. I had and I have a choice today. I chose to break the Law and I should be punished. I realize today that I am my only obstacle.

Once again Your Honor this letter is not for me, it is for my Parents, wife, children, and Love ones whom I affected by my actions.

I also will like to add Your Honor, that I have read over my P.S.I report. I agree that I have a very extensive criminal history. On the other hand 10% of the things in it, are incorrect. I think that it is painting a over view of me and who I am. Also it could cause you to in-accurately pass Judgement on me.

In Closing, I ask that you "Please" take this letter into consideration and allow God to help you with every decision that you make in my case.

Thank you for your time, also May God Bless you
and yours
Truly; Marino B. Scott



Mr. Marino B. Scott H-3
920 Kentucky St.
Bowling Green, Ky. 42101

SOUTH CENTRAL
KY 421 1 T
20 APR 2007 PM

The Honorable Judge Aleta A. Trauger
United States District Court
801 Broadway
Nashville, TN. 37203

3720393816