IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:06-00168 |
| | ) | Judge Trauger |
| MARINO SCOTT | ) | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE MOTION

Comes now the United States of America, by its attorneys Craig S. Morford, United States Attorney for the Middle District of Tennessee, and Harold B. McDonough, Jr., Assistant United States Attorney, and hereby request that this Honorable Court allow the United States to file a motion under seal. In support thereof, the United States submits the following.

The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order #167 at Section 5.07 requires a party seeking to file documents under seal to electronically file a motion for leave of court to do so, via the court's electronic system.

The United States therefore respectfully requests that this Honorable Court permit the filing of said motion under seal.

Respectfully submitted,

CRAIG S. MORFORD
United States Attorney for the
Middle District of Tennessee

By:s/Harold B. McDonough, Jr.
HAROLD B. MCDONOUGH, JR.
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
(615) 736-5151

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Leave to File Motion was sent, if registered, via the Court's electronic filing system or, if not registered, deposited in the United States Mail, postage prepaid, this 3rd day of May, 2007 to the following:

>Dwight E. Scott, Esquire
>4024 Colorado Avenue
>Nashville, Tennessee 37209

>And

Via the Court's internal delivery system upon:

>Jill Moore
>United States Probation Officer
>110 9th Avenue, South
>Suite A725
>Nashville, Tennessee 37203

>/s/ Harold B. McDonough
>HAROLD B. MCDONOUGH
>Assistant United States Attorney